**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**RYLAN FULK,**

        **Plaintiff,**

**v.**

                                       **Case No. 3:26-CV-261-NJR**

**THE CARLE FOUNDATION d/b/a
CARLE RICHLAND MEMORIAL
HOSPITAL,**

        **Defendant.**

## <u>MEMORANDUM AND ORDER</u>

**ROSENSTENGEL, District Judge:**

Plaintiff Rylan Fulk initiated this action against Defendant Carle Richland Memorial Hospital ("CRMH"), improperly named as The Carle Foundation d/b/a Carle Richland Memorial Hospital, on March 6, 2026. (Doc. 1). Fulk served CRMH on March 17, 2026. (Doc. 5). When CRMH did not file a responsive pleading by the deadline of April 7, 2026, Fulk filed a Motion for Entry of Default under Federal Rule of Civil Procedure 55(a). (Doc. 8). The Clerk of Court subsequently entered default against CRMH. (Doc. 9).

Now before the Court is CRMH's Unopposed Motion to Vacate Clerk's Default. (Doc. 14). The motion states that CRMH, upon learning of the default, acted promptly to retain counsel, who immediately contacted counsel for Fulk. The parties conferred, and Fulk has no objection to the Court vacating the entry of default.

Under Federal Rule of Civil Procedure 55(c), "the court may set aside an entry of default for good cause . . . ." FED. R. CIV. P. 55(c). A party wishing to have entry of default

vacated prior to entry of a default judgment must show: (1) good cause; (2) quick action to correct the default; and (3) a meritorious defense to the complaint. *Sun v. Board of Trustees of University of IL*, 473 F.3d 799, 810 (7th Cir. 2007). "Rule 55(c) requires 'good cause' for the judicial action, not 'good cause' for the defendant's error." *Sims v. EGA Prods.*, 475 F.3d 865, 868 (7th Cir. 2007) ("Damages disproportionate to the wrong afford good cause for judicial action, even [if] there is no good excuse for the defendant's inattention to the case.").

CRMH has demonstrated good cause for vacating the entry of default under Rule 55(c). Accordingly, the Court **GRANTS** the Unopposed Motion to Vacate Clerk's Default. (Doc. 14). Pursuant to the parties' agreement, CRMH shall file a responsive pleading within **21 days** of this Order.

The Clerk of Court is **DIRECTED** to correct Defendant's name on the docket from The Carle Foundation d/b/a Carle Richland Memorial Hospital to Carle Richland Memorial Hospital.

**IT IS SO ORDERED.**

**DATED:   May 18, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**